UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Marco A. Georeno

Case No.:     13-24734 JNP

Chapter:     13

Hearing Date:     10/17/17

Judge:     Jerrold N. Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 3013 Toyota Prius, VIN: JTDKN3DU9D0346935

Docket No. 67 filed on 9/21/17

Date: 10/16/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*