Printed on: 01/12/2018
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017
**Case Number: 13-24734 (JNP)**

Marco A. Georeno
111 Beechwood Drive
Mount Laurel, NJ  08054

Monthly Payment: $456.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/23/2017 | $406.00 | 02/21/2017 | $406.00 | 03/20/2017 | $406.00 | 04/21/2017 | $406.00 |
| 05/30/2017 | $406.00 | 06/26/2017 | $406.00 | 07/24/2017 | $406.00 | 08/21/2017 | $406.00 |
| 09/18/2017 | $406.00 | 10/16/2017 | $406.00 | 11/13/2017 | $406.00 | 12/27/2017 | $456.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | MARCO A. GEORENO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | WIZMUR & FINBERG, LLP | 13 | $2,670.31 | $2,670.31 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $110.69 | $110.69 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $400.00 | $374.34 | $25.66 | $374.34 |
| 1 | QUANTUM3 GROUP, LLC | 33 | $1,285.33 | $530.56 | $754.77 | $140.55 |
| 2 | BMW BANK OF NORTH AMERICA | 33 | $22,647.95 | $9,348.75 | $13,299.20 | $2,476.60 |
| 3 | ALTAIR OH XIII, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ALTAIR OH XIII, LLC | 33 | $2,499.02 | $1,031.55 | $1,467.47 | $273.27 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $724.73 | $299.16 | $425.57 | $79.26 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,820.24 | $751.36 | $1,068.88 | $199.03 |
| 7 | LVNV FUNDING, LLC | 33 | $1,355.21 | $559.40 | $795.81 | $148.19 |
| 8 | DISCOVER BANK | 33 | $1,970.42 | $813.36 | $1,157.06 | $215.47 |
| 9 | PREMIER BANKCARD | 33 | $947.71 | $391.20 | $556.51 | $103.64 |
| 10 | CAPITAL RECOVERY V, LLC | 33 | $827.72 | $341.67 | $486.05 | $90.51 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,079.19 | $445.47 | $633.72 | $118.01 |
| 14 | MERRICK BANK | 33 | $1,811.97 | $747.95 | $1,064.02 | $198.14 |
| 15 | SUNOCO CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | WELLS FARGO BANK, N.A. | 24 | $942.06 | $942.06 | $0.00 | $0.00 |
| 19 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ALTAIR OH XIII, LLC | 33 | $685.61 | $283.01 | $402.60 | $74.97 |
| 23 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PNC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | AES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | PNC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $531.00 | $0.00 | $531.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2013 | 5.00 | $0.00 |
| 01/01/2014 | Paid to Date | $2,039.00 |
| 02/01/2014 | 46.00 | $406.00 |
| 12/01/2017 | 8.00 | $456.00 |
| 08/01/2018 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,922.00 |
| Total paid to creditors this period: | $4,491.98 |
| Undistributed Funds on Hand: | $420.43 |
| Arrearages: | $42.00 |
| Attorney: | ANDREW B. FINBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**