Certificate Number: 14912-NJ-DE-031237971

Bankruptcy Case Number: 13-24734



14912-NJ-DE-031237971

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 26, 2018</u>, at <u>1:35</u> o'clock <u>PM EDT</u>, <u>Marco Georeno</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>June 26, 2018</u>        By:    <u>/s/Jai Bhatt</u>

                                  Name:  <u>Jai Bhatt</u>

                                  Title: <u>Counselor</u>